**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:  ROBERT BURRIS,** | : | Case No. 14-50002 |
| **JULI BURRIS** | : | Chapter 13 |
| Debtors. | : | Judge C. Kathryn Preston |

## NOTICE OF CHANGE OF ADDRESS OF DEBTORS

Now come Debtors ROBERT BURRIS and JULI BURRIS by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtors:

ROBERT BURRIS and JULI BURRIS
2813 Allegheny Ave
Columbus, OH 43209

Respectfully submitted,

Dated: 15 February 2016

*/s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtors
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com